**No. 54668.**—Chong Kee Jan & Co. et al. *v.* United States, protests 966521–G, etc. (San Francisco).

Opinion by COLE, J. The protests were dismissed.

**No. 54669.**—Cohn & Rosenberger, Inc., et al. *v.* United States, protests 95356–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiffs was sustained.

**No. 54670.**—W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 155451–K (A), etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, SEPTEMBER 19, 1950

**No. 54671.**—Atlas Imperial Diesel Engine Co. *v.* United States, protests 135969–K and 135970–K (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the rough castings of iron the subject of *United States* v. *The Singer Manufacturing Company* (37 C. C. P. A. 104, C. A. D. 427), the claim of the plaintiff was sustained.

**No. 54672.**—W. T. Grant Co., Inc. *v.* United States, protests 911315–K (A), etc. (New York).

Opinion by RAO, J. The protests were dismissed.